STATE OF NEW JERSEY v. DANNY ROTH.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE CRUZ.

November 10, 1986.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Harmon*, 104 *N.J.* 189 (1986) and *State v. Crisantos* (Arriagas), 102 *N.J.* 265 (1986). Jurisdiction is not retained.

STATE OF NEW JERSEY v. RAYMOND COX.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIO T. DE FELICE, JR.

November 10, 1986.

Petition for certification denied.